IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00670-GPG

MONICA BARAY,

    Plaintiff,

v.

JACOB PAUL GALLAGHER, in his official and individual capacities,
SHERIFF BRETT L. POWELL, in his official and individual capacities, and
LOGAN COUNTY, COLORADO,

    Defendants.

## ORDER DRAWING CASE

After review pursuant to D.C.COLO.LCivR 8.1(b), the court has determined that this case does not appear to be appropriate for summary dismissal. Therefore, the case will be drawn to a presiding judge and, if applicable, to a magistrate judge. *See* D.C.COLO.LCivR 8.1(c). Accordingly, it is

ORDERED that this case shall be drawn to a presiding judge and, if applicable, to a magistrate judge.

DATED April 2, 2015, at Denver, Colorado.

                        BY THE COURT:

                        S/ Gordon P. Gallagher

                        United States Magistrate Judge