IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 15-cv-00670-CMA-NYW

MONICA BARAY,

    Plaintiff,

v.

JACOB PAUL GALLAGHER, in his individual and official capacity,
BRETT L. POWELL, in his individual and official capacity,
LOGAN COUNTY, COLORADO

    Defendants.

---

**ORDER GRANTING STIPULATED MOTION TO DISMISS WITH PREJUDICE (DOC. # 43)**

---

This matter is before the Court on the parties' Stipulated Motion to Dismiss with Prejudice. (Doc. # 43.) The Court, having reviewed the parties' stipulated motion to dismiss with prejudice, ORDERS as follows:

1. The parties' Stipulated Motion to Dismiss with Prejudice (Doc. # 43) is GRANTED; and

2. This case is DISMISSED WITH PREJUDICE, with each party to pay its own costs, attorney fees, and expenses.

DATED: December 28, 2015        BY THE COURT:

_Christine M. Arguello_
CHRISTINE M. ARGUELLO
United States District Judge